FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 AUG -8  A 11: 49

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         *

         vs.                     *    CRIMINAL NO. MJG-01-0326

GREGORY CRAWFORD                 *

*    *    *    *    *    *    *    *    *

### ORDER GRANTING UNOPPOSED MOTION

The Court, having been advised that there is no objection thereto:

1. Hereby grants Defendant Crawford's Motion to Terminate Supervised Release.

2. The Defendant's supervised release is, accordingly, terminated as of the date of this Order.

SO ORDERED THIS _8th_ DAY OF August, 2008

_____
Marvin J. Garbis
United States District Judge